# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THE HOOPSKIRT LOFTS
CONDOMINIUM ASSOCIATION

        v.

VAMSIDHAR VURIMINDI AND ANN
BORIS

PETITION OF: VAMSIDHAR VURIMINDI

: No. 589 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

THE HOOPSKIRT LOFTS
CONDOMINIUM ASSOCIATION

        v.

VAMSIDHAR VURIMINDI AND ANN
BORIS

PETITION OF: VAMSIDHAR VURIMINDI

: No. 590 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

THE HOOPSKIRT LOFTS
CONDOMINIUM ASSOCIATION

        v.

VAMSIDHAR VURIMINDI AND ANN
BORIS

PETITION OF: VAMSIDHAR VURIMINDI

: No. 591 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

THE HOOPSKIRT LOFTS
CONDOMINIUM ASSOCIATION

: No. 592 EAL 2017
:
:

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|  | : |  |
|  | : |  |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : | |
|  | : | |
|  | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 593 EAL 2017 |
|  | : | |
|  | : | |
|  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
|  | : | |
|  | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : | |
|  | : | |
|  | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 594 EAL 2017 |
|  | : | |
|  | : | |
|  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
|  | : | |
|  | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : | |
|  | : | |
|  | : | |
| PETITION OF: VAMSIDHAR VURIMINDI | : | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 595 EAL 2017 |
|  | : | |
|  | : | |
|  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
|  | : | |
|  | : | |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : | |

PETITION OF: VAMSIDHAR VURIMINDI

THE HOOPSKIRT LOFTS
CONDOMINIUM ASSOCIATION

v.

VAMSIDHAR VURIMINDI AND ANN
BORIS

PETITION OF: VAMSIDHAR VURIMINDI

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 596 EAL 2017

Petition for Allowance of Appeal from
the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.